**Law Offices of Andres Bustamante**
**Andres Z. Bustamante- Bar No. 147025**
**634 S. Spring Street, Suite 910**
**Los Angeles, CA 90014**
**Telephone (213) 891-9009**
**Facsimile (213) 627-1655**
*Attorney for Defendant*
*Tapia, Noel*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-CR-00269-AWI6 |
| Plaintiff, | **ORDER** |
| vs. | |
| TAPIA, NOEL, | |
| (alías CONTRERAS, FRANCISCO) | |
| Defendant | |

The parties' Joint Stipulation to Vacate and Advance Sentencing Date is hereby:

___X___ Granted

_____ Denied

The November 22, 2010 sentencing date is vacated and the sentencing hearing is advanced to November 15, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  November 12, 2010          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE